**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WILLIAM M GALL          :
                               :     CHAPTER 13
                               :
         Debtor                :     Bky No.  24-10258- PMM
                               :

**FIRST APPLICATION FOR**
**COMPENSATION OF REIMBURSEMENT OF EXPENSES**
**OF LYNN E. FELDMAN, ESQUIRE**
**AS ATTORNEY FOR THE DEBTOR**

    Lynn E. Feldman, Esquire, in accordance with F.R.B.P. no. 2016 applies under 11 U.S.C. § 330 for an award of compensation and reimbursement of actual, necessary expenses and represents:

1. Applicant is Counsel for the Debtor.

2. The Debtor filed a petition under Chapter 13 of the Bankruptcy Code on January 29, 2024.

3. The Debtor's annualized current income as set forth on Form B22C is:

    _____ above median (the amount of line 15 is not less than the amount on line 16).

    \_\_\_X\_\_\_ below median (the amount on line 15 is less than the amount on line 16).

4. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor, the services and expenses were actual and necessary and the compensation requested for those services is reasonable.

5. Applicant requests an award of compensation of $4,725.00 for providing the following services: Prepare and file Chapter 13 bankruptcy petition and schedules and Plan, telephone calls, written correspondence with debtor, creditors, trustee, office conferences with client, and preparation for and attendance at 341 (a) meeting.

6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following expenses: None

7. The Debtor paid Applicant $1,687.00 prior to the filing of the petition.

8. A copy of the Applicant's disclosure of compensation pursuant to Fed.R.Bankr.P.2016(b) is attached hereto as Exhibit "A".

9. None of the compensation paid to applicant will be shared with any person other than a member or regular associate of applicant's law firm unless 11U.S.C. Section 504(c) applies.

WHEREFORE, Applicant requests an award of $4,725.00 in compensation less credit for funds already received in the amount of $1,687.00 for a total of **$3,038.00** and of $0.00 in reimbursement of actual, necessary expenses.

DATE: *May 16, 2024*

Respectfully submitted,

*/s/Lynn E. Feldman, Esquire*
Lynn E. Feldman, Esquire
Feldman Law Office, P.C.
Attorney for Debtor
2310 Walbert Ave., Ste 103
Allentown, PA 18104
Phone (610) 530-9285
Facsimile (610) 437-7011
feldmanfiling@rcn.com