IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: WILLIAM GALL | : | Case No: 24-10258 PMM |
| | : | CHAPTER 13 |
| | : | |
| Debtors | : | |

## CERTIFICATE OF SERVICE

I, Lynn E. Feldman, Esquire, counsel for the above-captioned Debtor, do hereby certify that a true and correct copy of the foregoing First Application for Professional Compensation and this Certificate of Service have been served upon the following persons by First Class United States Mail, postage prepaid, and/or electronically on the 16th day of May, 2024:

United States Bankruptcy Court
Office of the Court
201 Penn Street, 1st Floor
Reading, PA 19601

Scott Waterman, Trustee
Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606

William Gall
201 Maple Court
Alburtis, PA 10811

Newrez LLC D/B/A ShellPoint
Mortgage Servicing
PO Box 10826
Greenville, SC 29603

Date: May 16, 2024

*/s/ Lynn E. Feldman, Esquire*
Lynn E. Feldman, Esquire
Attorney for Debtor
PA I.D. #: 35996
Feldman Law Offices, P.C.
2310 Walbert Avenue
Allentown, PA 18104
(610) 530-9285