**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WILLIAM M GALL         :
                              :         CHAPTER 13
        Debtor                :
                              :         Bky No.  24-10258 PMM
                              :

## NOTICE TO PARTIES IN INTEREST

Notice is hereby given that Lynn E. Feldman, Esquire has filed a First Application for Professional Compensation. This First Application will seek payment of Attorney's fees and Actual and Necessary Expenses earned in the representation of the Debtor in the above captioned Chapter 13 proceeding **in the amount of $4,725.00 (Four Thousand Seven Hundred Twenty Five Dollars).**

Copies of the First Application are on file with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania.

Objections to the above described must be in writing and filed with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania within twenty-one (21) days of the date of this Notice with a copy being served upon the undersigned attorney for the Debtors at the address listed below.  If no objections are filed, an Order approving the First Application may be entered.

The address of the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania is:

United States Bankruptcy Court
Office of the Clerk, Room 103
The Gateway Building
201 Penn Street, 4TH Floor
Reading, PA 19601

.

Respectfully submitted:

DATE: _May 16, 2024_          BY:    _/s/ Lynn E. Feldman, Esquire_
                                     LYNN E. FELDMAN, ESQUIRE
                                     FELDMAN LAW OFFICES, P.C.
                                     2310 Walbert Ave., Ste 103
                                     Allentown, PA 18104
                                     (610) 530-9285
                                     Attorney for Debtor